[Civ. No. 752.   Third Appellate District.—June 13, 1910.]

WILLIAM NUTLEY, Respondent, *v.* METROPOLIS CON-
STRUCTION COMPANY, a Corporation, Appellant.

APPEAL FROM JUDGMENT—DISMISSAL—FAILURE TO FILE TRANSCRIPT IN
TIME—INSUFFICIENT EXCUSE.—An appeal from the judgment must
be dismissed for failure to file the transcript in time, where no such
facts appear to excuse the delay as are stated in rule II of this
court. The pendency of an appeal from an order refusing to change
the place of trial is no sufficient excuse for failure to file the
transcript on appeal from the judgment within the time limited
therefor.

MOTION to dismiss an appeal from a judgment of the
Superior Court of Yuba County. Eugene P. McDaniel,
Judge.

The main facts are the same as those presented in case
No. 751, *supra.*

James W. Cochrane, for Appellant.

W. H. Carlin, for Respondent.

CHIPMAN, P. J.—Plaintiff moves to dismiss the appeal
in the above-entitled action on the ground that no transcript
of the record on appeal from the judgment in said action
has been filed and more than forty days have elapsed since
the perfection of such appeal.

With the exception as to the amount of the judgment re-
covered by plaintiff, the facts are the same as in *Union Lum-
ber Co.* v. *Metropolis Construction Co.* (No. 751), *ante,* p.
584, [110 Pac. 329], in which a similar motion was this day
decided.

Conformably with the decision in that case, the appeal is
dismissed.

Hart, J., and Burnett, J., concurred.